IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| SNEHA MEDIA & ENTERTAINMENT, LLC et al. | : <br> : <br> : |
| versus | :     Appeal No 17-2004 <br> : |
| ASSOCIATED BROADCASTING CO. | : <br> : <br> : |

## MOTION OF JAMES S. KURZ
## TO WITHDRAW AS COUNSEL FOR APPELLANTS

COMES NOW James S. Kurz, counsel for the appellants SNEHA MEDIA & ENTERTAINMENT, LLC and NORD SINEW TECHNOLOGIES (I) PVT LTD, and moves to withdraw as counsel. The clients have retained George Sommerville, an experienced appellate counsel, to represent them on this appeal. Mr. Sommerville has entered his appearance.

Respectfully submitted this 3rd day of October 2017

_____
James S. Kurz
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA  22314
Ph: (703) 684-2000
Email: JKurz@RPB-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

_____
James S. Kurz